**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 9:23-cv-81534-MD

LAWRENCE FELTZIN

    Plaintiff,

v.

OCEAN PALM PLAZA, LLC, a Florida
Limited Liability Company

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendant, OCEAN PALM PLAZA, LLC hereby advise the Court that the Parties have reached a global settlement of the instant case and have finalized the Settlement Agreement but are just pending the full execution by the Plaintiff which we expect to have by the end of the business day. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is fully executed, which they reasonably expect to do no later than three (3) business days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case. Respectfully submitted this March 29, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Michael Nullman* |
| BEVERLY VIRUES, ESQ. | MICHAEL NULLMAN, ESQ. |
| Florida Bar No. 123713 | Florida Bar No.: 17596 |
| GARCIA-MENOCAL, P.L. | NASON, YEAGER, GERSON, HARRIS & |
| 350 Sevilla Avenue, Suite 200 | FUMERO, P.A. |
| Coral Gables, Fl 33134 | 3001 PGA Blvd., Suite 305 |
| Telephone: (305) 553- 3464 | Palm Beach Gardens, FL 33410 |
| Email: bvirues@lawgmp.com | Telephone: (561) 982-7114 |
| *Counsel for Plaintiff* | Facsimile: (561) 982-7116 |
| | E-Mail: MNullman@nasonyeager.com |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 29, 2024.

        Respectfully submitted,

        **GARCIA-MENOCAL, P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Telephone: (305) 553-3464
        Facsimile: (855) 205-6904
        Primary E-Mail: bvirues@lawgmp.com
        Secondary E-Mail: amejias@lawgmp.com;
        aquezada@lawgmp.com

        By: */s/ Beverly Virues*
            BEVERLY VIRUES